UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

XIU QIN LIN
A061-912-718),

                      Plaintiff,

          v.

MARKWAYNE MULLIN, Secretary of
the U.S. Department of Homeland
Security; and JOSEPH B. EDLOW,
Director of the U.S. Citizenship and
Immigration Services,

                    Defendants.

-------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITH PREJUDICE**

Civil Action No.
26-cv-3576

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
       July 16, 2026

MEER MD. MIZANUR RAHMAN, ESQ.
*Counsel for Plaintiff*
305 Broadway
Suite 610
New York, New York 10007

By: _____
      Meer Md. Mizanur Rahman, Esq.
      (212) 732-2220
      meerlaw@gmail.com

Dated: Brooklyn, New York
      July 16, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: _____

Daniel G. Saavedra
Assistant U.S. Attorney
(718) 254-6360
daniel.saavedra@usdoj.gov

Application Granted

SO ORDERED

Brooklyn, New York

Dated: 7/20/2026

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

The clerk of court is directed to close this case.